IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:12MJ396 |
| v. | : | |
| RAJA THOMAS | : | ORDER UNSEALING CRIMINAL COMPLAINT, SUPPORTING AFFIDAVIT |
| | : | AND ARREST WARRANT |

IT IS HEREBY ORDERED that the Criminal Complaint, Supporting Affidavit and Arrest Warrant sealed by the order of this court, be unsealed by the Clerk of Courts.

DATE: 12/21/12

MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE